UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MASON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | Case No. 20-cv-09194-DMR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, who is in custody at the Larry D. Smith Correctional Facility in Riverside County, has filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on behalf of himself and his wife, Beatriz Morales, who is being held in custody at the Robert Presley Detention Center, also in Riverside County. Dkt. 1 at 2-3. Plaintiff is suing multiple Defendants including: various attorneys and investigators who may be from the office of the "State Attorney or Public Defender"; officials from the Moreno Valley Police Department, Riverside University Health System Medical Center (which he refers to as the "RUHS Moreno Valley Hospital"), and the Riverside County Department of Social Services; and private individuals from the Rainbow Ridge Elementary School in Moreno Valley. *Id.* at 3-6. He has not filed a motion for leave to proceed *in forma pauperis*.

On December 18, 2020, the Clerk of the Court informed Plaintiff that this action has been assigned to the undersigned Magistrate Judge.[1] Dkt. 3.

The acts complained of occurred in Moreno Valley in Riverside County, which is located in the Eastern Division of the Central District of California, and it appears that Defendants reside

---

[1] To date, Plaintiff has not yet returned the form indicating whether he consents to or declines magistrate judge jurisdiction in this action.

in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern Division of the United States District Court of the Central District of California.[2] The Clerk shall transfer the case forthwith.

If Plaintiff wishes to further pursue this action, he must complete the *in forma pauperis* application required by the Eastern Division of the United States District Court for the Central District of California and mail it to that district.

IT IS SO ORDERED.

Dated: January 28, 2021

_____
DONNA M. RYU
United States Magistrate Judge

---

[2] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).